CITY OF CHICAGO ET AL. v. UNITED STATES ET AL.

No. 1047.   Decided April 21, 1969.*

*Raymond F. Simon, Nuel D. Belnap,* and *Harold E. Spencer* for appellants in No. 1047. *John W. Adams, William J. O'Brien, Jr., James H. Durkin, Bryce L. Hamilton,* and *Louis A. Schwartz* for appellants in No. 1048.

*Solicitor General Griswold, Assistant Attorney General McLaren, Robert W. Ginnane, Leonard S. Goodman,* and *Raymond M. Zimmet* for the United States et al. in both cases.

Briefs of *amici curiae* were filed in No. 1047 by *William J. Scott,* Attorney General, and *Robert F. Scott,* Assistant Attorney General, for the State of Illinois; by *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, and *Nicholas V. Olds, Jerome Maslowski,* and *Curtis G. Beck,* Assistant Attorneys General, for the State of Michigan; by *Paul W. Brown,* Attorney General, and *Shelby V. Hutchins* and *J. Philip Redick,* Assistant Attorneys General, for the State of Ohio; and by *Joseph H. Nathanson* for the Toledo-Lucas County Port Authority.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

---

*Together with No. 1048, *Illinois Central Railroad Co. et al.* v. *City of Chicago et al.,* also on appeal from the same court.